FILED
2023 May-25 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RAJIV MATTHEW, **Plaintiff,** | ) | **Summons** **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| v. | ) | **CIVIL ACTION CASE NUMBER:** |
| SPARKS ENERGY, INC., **Defendant.** | ) | 5:23-cv-00614-LCB |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Sparks Energy, Inc.
c/o r/a Shawn Engen
1370 Kirby Bridge Road
Danville, Alabama 35619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mitchell G. Allen
Meagan M. Corcoran
Michel | King
505 20th Street North, Ste. 1650, Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 5-24-23

GREER M. LYNCH, CLERK OF COURT

By: Pamela Cook

Deputy Clerk

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203