FILED

2023 Jun-08 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the 27th day of May, 2023, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at ______________________

☑ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
Colie Britnell as Owner's brother-in-law and co-resident for Sparks Energy Inc. c/o r/a Shawn Egen at 1370 Kirby Brodge Road, Danville, AL 35619

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

______________________

______________________

***I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

6/5/23
***Date***

[signature] John Alexander
***Authorized or Specially Appointed Process Server***

Process Delivery Service Inc.
8711 US Highway 31 N
Kimberly AL 35091
205-543-4201
orders@pdsdoc.com

Costs of Service: Service fee: $
Expenses: ______ miles @ _________cents $______________

TOTAL $