FILED
2026 Jan-22 AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **RAJIV MATTHEW,**<br><br>**Plaintiff,**<br>**v.**<br><br>**SPARKS ENERGY, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO.: 5:23-cv-00614-LCB** |

## NOTICE TO COURT OF RESOLUTION

COME NOW the Plaintiff, **Rajiv Matthew**, and Defendant, **Sparks Energy, Inc.**, by and through their respective undersigned counsel, provide notice to this Court that this matter has been resolved. The Parties anticipate filing a Joint Stipulation of Dismissal within the next thirty (30) days.

Respectfully submitted this, the 22nd day of January 2026, by:

*/s/ William J. Sinor, with consent*
William J. Sinor (asb-6416-j10j)
Mitchell G. Allen
**Michel Allen & Sinor**
1900 International Park Drive
Suite 140
Birmingham, AL 35243
William@wmalabamalaw.com
Mitch@wmalabamalaw.com
*Attorneys for Plaintiff*

*/s/ Melisa C. Zwilling*
Melisa C. Zwilling (asb-5026-r71m)
**Carr Allison**
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
mzwilling@carrallison.com
*Attorney for Defendant*