FILED
2026 Feb-19 AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **RAJIV MATTHEW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 5:23-cv-614-LCB** |
| | ) |
| **SPARKS ENERGY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**CLERK'S MINUTE ENTRY OF STIPULATED DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulated to the dismissal of all claims in this action **WITH PREJUDICE,** (Doc.38), with costs taxed as paid. At the direction of the Court, this case is **CLOSED**.

DATED this 19th Day of February, 2026.

GREER M. LYNCH, CLERK

By: *A. Ingleright*

Deputy Clerk